[No. 23991-8-III. Division Three. December 5, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL A. MILNER, *Appellant.*

Appeal from a judgment of the Superior Court for Columbia County, No. 04-1-00034-9, William D. Acey, J., entered March 31, 2005. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, A.C.J., and Kato, J.

[No. 24288-9-III. Division Three. December 5, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY A. BRADSHAW, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-04094-0, Salvatore F. Cozza, J., entered June 27, 2005. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 24531-4-III. Division Three. December 5, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD ATKINSON, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-01603-8, Robert D. Austin, J., entered September 19, 2005. *Affirmed* by unpublished opinion per Kato, J., concurred in by Sweeney, C.J., and Kulik, J.

[No. 23024-4-III. Division Three. December 7, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JEREMY D. McCURDY, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 04-1-00014-1, Kenneth L. Jorgensen, J., entered May 18, 2004. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Kato and Kulik, JJ.